679 A.2d 153

IN THE MATTER OF MARC C. BATEMAN,
AN ATTORNEY AT LAW.

July 31, 1996.

## ORDER

**MARC C. BATEMAN** of **OAKLAND,** who was admitted to the bar of this State in 1975, having been convicted of the third-degree crimes of conspiracy to commit theft by deception and falsifying records in violation of *N.J.S.A.* 2C:5–2 and theft by deception in violation of *N.J.S.A.* 2C:20–4, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MARC C. BATEMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MARC C. BATEMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MARC C. BATEMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.